UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK GALLOWAY,<br><br>Defendant. | Case No. 2:20-mj-01041-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion for Appointment of Counsel (ECF No. 10) to which no response was filed.

Defendant is charged in a criminal complaint with Class B misdemeanors including driving under the influence, possessing an open container of alcohol in his vehicle and disorderly conduct. ECF No. 1. The Federal Public Defender's Office was originally appointed to represent Defendant at his initial appearance only. Defendant now asks the Court to appoint the Federal Public Defender to represent him going forward based on the possible sentence he faces on each count, as well as for purposes of negotiating a resolution to this case. Defendant's previously submitted sealed financial affidavit demonstrates Defendant does not have the financial resources to retain counsel on his own behalf.

Based on the totality of the information before the Court and, specifically, the sentence Defendant may face, which could include imprisonment, IT IS HEREBY ORDERED that Defendant's Motion for Appointment of Counsel (ECF No. 10) is GRANTED.

Dated this 11th day of January, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1