RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Mark Galloway

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARK GALLOWAY,<br><br>            Defendant. | Case No. 2:20-MJ-01041-EJY<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Mark Galloway, that the bench trial currently scheduled on April 28, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. There are three pending motions before the Court that require resolution before the trial.

2. Mr. Galloway is not incarcerated and agrees to this continuance.

3. The parties agree to this continuance.

This is the second request for a continuance of the Bench Trial.

DATED this 27th day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN NEMEC<br>Assistant Federal Public Defender | */s/ Rachel Kent*<br>By_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-01041-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MARK GALLOWAY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, April 28th, 2021, at 9:00 a.m., be vacated and continued to July 7, 2021 at the hour of 9:00 a.m., in Courtroom 3D.

DATED this 27th day of April 2021.

_____
UNITED STATES MAGISTRATE JUDGE