RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Mark Galloway

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK GALLOWAY,<br><br>　　　　　Defendant. | Case No. 2:20-MJ-01041-EJY<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Fourth Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Mark Galloway, that the bench trial currently scheduled on August 30th at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fifteen (15) days.

This Stipulation is entered into for the following reasons:

1. There has been an outbreak of COVID-19 in the trial unit at the Nevada Federal Public Defender's office. In an abundance of caution, to prevent any further spread, both parties agree to continue the upcoming trial.

2. The first date in which all parties and experts are available is September 15, 2021.

3. Mr. Galloway is not incarcerated and agrees to this continuance.

This is the fourth request for a continuance of the Bench Trial.

DATED this 25th day of August 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   |   |
|    */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN NEMEC<br>Assistant Federal Public Defender |    */s/ Rachel Kent*<br>By_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-01041-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MARK GALLOWAY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Monday, August 30, 2021, at 9:00 a.m., be vacated and continued to Monday, September 27, 2021 at the hour of 10:00 a.m., in Courtroom 3B.

DATED this 25th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE