RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Mark Galloway

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-01041-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL OR HOLD SCHEDULING CONFERENCE** |
| v. | (Sixth Request) |
| MARK GALLOWAY, | |
| Defendant. | |

        IT IS HEREBY STIPULATED AND AGREED, by and between
Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special
Assistant United States Attorney, counsel for the United States of America, and
Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec,
Assistant Federal Public Defender, counsel for Mark Galloway, that the bench
trial currently scheduled on November 2, 2021 at 9:00 am, be vacated and
continued to November 30, 2021.

This Stipulation is entered into for the following reasons:

1.     Some essential witnesses are unavailable to testify on November 2, 2021.

2.     The next available date that all witnesses and the Court are available is November 30, 2021.

3.     Mr. Galloway is not incarcerated and agrees to this continuance.

4.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the sixth request for a continuance of the Bench Trial.

DATED this 30th day of September 2021.


RENE L. VALLADARES                          CHRISTOPHER CHIOU
Federal Public Defender                        Acting United States Attorney


     */s/ Benjamin F. J. Nemec*                    */s/ Rachel Kent*
By_____            By_____
BENJAMIN NEMEC                               RACHEL KENT
Assistant Federal Public Defender       Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-01041-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MARK GALLOWAY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Tuesday, November 2, 2021 at 9:00 a.m., be vacated and continued to November 30, 2021 at the hour of 9:00 a.m. in Courtroom 3A.

DATED this 30th day of September 2021.

_____

UNITED STATES MAGISTRATE JUDGE